CRAIG CARPENITO
United States Attorney
DANIEL W. MEYLER
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2719
daniel.meyler@usdoj.gov
Attorney for Petitioner
United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Petitioner,*<br><br>v.<br><br>STAVROULA MALETOS,<br><br>*Respondent.* | *Civil Action No.* 19-10743<br><br>**PETITION TO ENFORCE INTERNAL REVENUE SUMMONS** |

The United States of America, on behalf of its agency, the Internal Revenue Service ("IRS"), and by its attorney, Craig Carpenito, United States Attorney for the District of New Jersey, avers to this court as follows:

1. This is a proceeding brought to judicially enforce an IRS summons pursuant to 26 U.S.C. §§ 7402(b) and 7604(a).

2. Jeanette Dimovski is a Revenue Officer of the IRS, employed in Small Business/ Self-Employed Compliance Area 1, and is authorized to issue an IRS summons pursuant to the authority contained in 26 U.S.C. § 7602 and Treasury Regulations § 301.7602-1, 26 C.F.R. § 301.7602-1.

3. The respondent, Stavroula Maletos ("Respondent"), resides at 33 Avalon Drive, Montville, NJ 07045, within the jurisdiction of this court.

4. Revenue Officer Dimovski is conducting an investigation into the delinquent federal income tax returns and tax liability of Respondent for the years: 2010, 2011, 2012, 2013, 2014 and 2015, as set forth in the Declaration of Revenue Officer Jeanette Dimovski ("Dimovski Decl."), attached hereto as Exhibit B.

5. Respondent is in possession and control of testimony and other documents concerning the above-described investigation.

6. On February 12, 2018, Revenue Officer Dimovski issued an IRS summons directing Respondent to appear on February 27, 2018, at 10:00 a.m. at 200 Sheffield Street, Mountainside, NJ 07092, to testify and produce documents.

7. On February 12, 2018, Revenue Officer Dimovski served Respondent by handing an attested copy of the summons to Respondent at his home. The summons and proof of service is attached hereto as Exhibit A.

8. On February 27, 2018, Respondent did not appear in response to the summons. Respondent's failure to comply with the summons continues to-date as set forth in the Dimovski Declaration, attached as Exhibit B.

9. The documents or other information sought by the summons are not already in possession of the IRS.

10. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

11.  It is necessary to obtain the testimony and examine the documents sought by the summons in order to properly investigate the delinquent federal income tax returns and federal tax liability of Respondent for the following years: 2010, 2011, 2012, 2013, 2014, and 2015, as is evidenced by the Dimovski Declaration attached as Exhibit B.

WHEREFORE, the Petitioner respectfully prays:

1. That this Court enters an order directing the Respondent to show cause, if any, why Respondent should not comply with and obey the aforementioned summons and each and every requirement thereof.

2. That the Court enters an order directing the Respondent to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of documents as is required and called for by the terms of the summons before Revenue Officer Dimovski or any other proper officer or employee of the IRS at such time and place as may be fixed by Revenue Officer Dimovski, or any other proper officer or employee of the IRS.

3. That the United States recovers its costs in maintaining this action.

4. That this Court grants such other and further relief as is just and proper.

CRAIG CARPENITO
United States Attorney

*/s/ Daniel W. Meyler*
Daniel W. Meyler
Assistant United Stated Attorney

Dated: April 23, 2019



# Summons

## Collection Information Statement

**In the matter of** Stavroula Maletos
**Internal Revenue Service** *(Identify Division)* Small Business / Self Employed
**Industry/Area** *(Identify by number or name)* Small Business / Self Employed
**Periods:** See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

**To:** Stavroula Maletos
**At:** 33 Avalon Drive Montville NJ 07045

You are hereby summoned and required to appear before J. DIMOVSKI, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From December 1, 2017 To February 1, 2018

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

200 SHEFFIELD STREET, MOUNTAINSIDE, NJ 07092-2314 - (908)301-2330

Place and time for appearance: At 200 SHEFFIELD STREET, MOUNTAINSIDE, NJ 07092-2314

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the 27th day of February, 2018 at 10:00 o'clock A m.

Issued under authority of the Internal Revenue Code this 12th day of February, 2018

J. DIMOVSKI  /s/ J. Dimovski
Signature of issuing officer

REVENUE OFFICER
Title

Signature of approving officer *(if applicable)*

EXHIBIT A

Title

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|---|---|
| 2/12/18 | 9:45 |

**How Summons Was Served**

[X] I handed an attested copy of the summons to the person to whom it was directed.

Stavroula Maletos

[ ] I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

| Signature | Title |
|---|---|
| *(signature)* | R/O |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|---|---|
| *(signature)* | R/O |

Catalog No. 25000Q

Form **6637** (Rev. 10-2010)

**Attachment 1 to Summons Form 6637**

In the matter of **Stavroula Maletos**

Period information: income tax years: December 31, 2010; December 31, 2011; December 31, 2012; December 31, 2013; December 31, 2014; December 31, 2015

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,                )
                                         )
            **Petitioner**               )
                                         )
       v.                                )        **Civil Action No.**
                                         )
Stavroula Maletos,                       )
                                         )
            **Respondent.**              )

## DECLARATION

Jeanette Dimovski declares:

1. I am a duly commissioned revenue officer employed in the Small Business/Self-Employed Division North Atlantic Compliance Area of the Internal Revenue Service at 200 SHEFFIELD STREET, 2ND FL, MOUNTAINSIDE, NJ 07092-2314.

2. In my capacity as a revenue officer I am conducting an investigation for the collection of tax liability of STAVROULA MALETOS for the calendar years ended: December 31, 2010, December 31, 2011, December 31, 2012, December 31, 2013, December 31, 2014, and December 31, 2015.

3. In furtherance of the above investigation and in accordance with Section 7602 of Title 26, U.S.C., I issued on February 12, 2018, an administrative summons, Internal Revenue Service Form 6637, to Stavroula Maletos, to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit A.

4. In accordance with Section 7603 of Title 26, U.S.C., on February 12, 2018, I served an attested copy of the Internal Revenue Service summons described in



EXHIBIT B

Paragraph (3) above on the respondent, Stavroula Maletos, by leaving with the person summoned, as evidenced in the certificate of service on the reverse side of the summons.

5 On February 12, 2018, I served the notice required by Section 7609(a) of Title 26, U.S.C., on Stavroula Maletos, by leaving with the person summoned, as evidenced in the certificate of service of notice on the reverse side of the summons.

6. On February 27, 2018, the respondent Stavroula Maletos, did not appear in response to summons. A last chance letter was sent for a final appearance on May 17, 2018. Respondent did nto appear. The respondent's refusal to comply with the summons continues to the date of this declaration.

7. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

8. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

9. It is necessary to examine the books, papers, records, or other data sought by the summons in order to collect the federal tax liability of STAVROULA MALETOS for the calendar years ended December 31, 2010, December 31, 2011, December 31, 2012, December 31, 2013, December 31, 2014, and December 31, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of March, 2019.

*Jeanette Dimovski*
Jeanette Dimovski
REVENUE OFFICER

CRAIG CARPENITO
United States Attorney
DANIEL MEYLER
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. 973-645-2719
Attorney for Petitioner,
United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,  *Petitioner,*  v.  STAVROULA MALETOS,  *Respondent.* | *Civil Action No.*  **ORDER TO SHOW CAUSE** |

Upon the petition, the exhibits attached thereto, and the motion of Craig Carpenito, United States Attorney for the District of New Jersey, it is

**ORDERED** that respondent, Stavroula Maletos, appear before the United Stated District Court for the District of New Jersey presided over by the undersigned, in courtroom \_\_\_\_ in the United States Courthouse in Newark, New Jersey, on the _____ day of _____, 2019, at _____, to show cause why the respondent should not be compelled to obey the Internal Revenue Service summons issued to respondent on or about February 12, 2018.  It is further

**ORDERED** that a copy of this Order, together with the petition and exhibits thereto, be personally served on the respondent, Stavroula Maletos by an official of

-2-

the Internal Revenue Service within thirty (30) days of the date of this order.  It is further

**ORDERED** that within five (5) days of service on the respondent of copies of this Order, the petition and exhibits, the respondent shall file and serve a written response to the petition supported by appropriate affidavits, as well as any motions the respondent desires to make.  All motions and issues raised by the pleadings will be considered on the return date of this order.  Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit will be considered on the return date of this Order.  Any uncontested allegations in the petition shall be considered admitted.

Entered this _____ day of _____,

                                    BY THE COURT:

                                    _____
                                    United States District Judge

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| **UNITED STATES OF AMERICA** | **STAVROULA MALETOS** |
| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **Morris**<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>United States Attorney's Office, 970 Broad St., Suite 700, Newark, New Jersey 07102 - (973) 645-2719<br>daniel.meyley@usdoj.gov | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION (PLACE "X" IN ONE BOX ONLY)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX (FOR DIVERSITY CASES ONLY) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business in Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Cntry | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

26 U.S.C. §§ 7402(b) and 7604(a), Petition to Enforce Internal Revenue Service Summons

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/ PENALTY | BANKRUPTCY | OTHER STATUES |
|---|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>[ ] 153 Recovery of Overpayment at Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury | **PERSONAL INJURY**<br>[ ] 362 Personal Injury Med. Malpractice<br>[ ] 365 Personal Injury Product Liability<br>[ ] 368 Asbestos Personal Injury Prod. Liab.<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Prod. Product Liability | [ ] 610 Agriculture<br>[ ] 620 Other Food & Drug<br>[ ] 625 Drug Related Seizure at Property 21 U.S.C. 881<br>[ ] 630 Liquor Laws<br>[ ] 640 R.R. & Truck<br>[ ] 650 Airline Regs.<br>[ ] 660 Occupational Safety/Health<br>[ ] 690 Other | [ ] 422 Appeal 28 U.S.C. 158<br>[ ] 423 Withdrawal 28 U.S.C. 157<br>**PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[ ] 830 Patent<br>[ ] 840 Trademark | [ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce/ICC Rates/etc<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced Corrupt Organizations<br>[ ] 810 Selective Service<br>[ ] 850 Securities/Commodities/Exchange<br>[ ] 875 Customer Challenge 12 U.S.C. 3140<br>[ ] 891 Agricultural Acts<br>[ ] 892 Economic Stabilization Act<br>[ ] 893 Environmental Matters<br>[ ] 894 Energy Allocation Act<br>[ ] 895 Freedom of Information Act<br>[ ] 900 Appeal of Fee Determ. Under Equal Access to Justice<br>[ ] 950 Constitutionality of State Statutes<br>[ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITION** | **LABOR** | **SOCIAL SECURITY** | |
| [ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 290 All Other Real Property | [ ] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing/Accommodations<br>[ ] 444 Welfare<br>[ ] 440 Other Civil Rights | [ ] 510 Motions to Vacate Sentence Habeas Corpus:<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>[ ] 540 Mandamus & Other<br>[ ] 550 Other (including 1983 Actions) | [ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Mgmt. Relations<br>[ ] 730 Labor/Mgmt. Reporting & Disclosure Act<br>[ ] 740 Railway Labor Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Empl. Ret. Inc. Security Act | [ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung(923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>[X] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS - Third Party 26 U.S.C. 7609 | |

## VI. ORIGIN

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
[ ] UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] YES  [ ] NO

## VII. RELATED CASE(S) IF ANY: (See instructions)

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| April 23, 2019 | *s/ Daniel Meyler* |
| | Daniel Meyler, Assistant United States Attorney |